IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 05-0814
 ((((((((((((((((

 In Re Covenant Medical Center And John Eaton, L.V.N.

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion for immediate temporary relief, filed on September
29, 2005, is granted in part and denied in part. This case is ABATED
pursuant to Texas Rules of Appellate Procedure 7.2 to allow the successor
judge to reconsider the court's order entered December 31, 2004, granting
real party in interest's motion for extension of time. The relators'
request for stay is denied.
 2. This case is removed from the Court's active docket and shall
be treated as closed, subject to reinstatement upon proper motion or
further order of the Court.
 3. The Court requests that relators notify the Court when the
successor judge has ruled in accordance with Texas Rules of Appellate
Procedure 7.2(b).

 (Judge Johnson not sitting)

 Done at the City of Austin, this 21st day of October, 2005.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk